UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIAN LYNN TONGATE, | |
| Plaintiff, | Case No: 1:16-cv-11516 |
| v. | Honorable Judge Sara L. Ellis |
| COMENITY BANK, | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARIAN LYNN TONGATE, and the Defendant, COMENITY BANK, through their respective counsel that the above-captioned action is dismissed, with prejudice, against COMENITY BANK, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: April 17, 2017                                    Respectfully Submitted,

**MARIAN LYNN TONGATE**                       **COMENITY BANK**

/s/ Nathan C. Volheim                                    /s/ Tracy L. Robinson (*with consent*)
Nathan C. Volheim                                         Anna- Katrina S. Christakis
*Counsel for Plaintiff*                                    Tracy L. Robinson
Sulaiman Law Group, LTD                            *Counsel for Defendant*
900 Jorie Boulevard, Suite 150                    Pilgrim Christakis LLP
Oak Brook, Illinois 60523                            321 North Clark Street, 26th Floor
Phone: (630) 575-8181                                Chicago, IL 60654
Fax :( 630) 575-8188                                   Phone: (312) 379-8547
nvolheim@sulaimanlaw.com                       kchristakis@pilgrimchristakis.com
                                                                      trobinson@pilgrimchristakis.com