## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Marian Lynn Tongate

                        Plaintiff,

v.                                                  Case No.: 1:16–cv–11516
                                                      Honorable Sara L. Ellis

Comenity Bank

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 21, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to agreed stipulation of dismissal [22], this action is dismissed, with prejudice, against Comenity Bank. Each party shall bear its own costs and attorneys' fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.